UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE A CHUNO VALLEJO,<br><br>Petitioner,<br><br>v.<br><br>PAM BONDI, et al.,<br><br>Respondents. | Civil Action No. 25-18811 (RK)<br><br><br>ORDER |

This matter comes before the Court on Petitioner Jose A. Chuno Vallejo's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, asserting that he is unlawfully detained by immigration authorities under 8 U.S.C. § 1225(b)(2). (ECF No. 1.) Petitioner is a citizen of Ecuador who entered the United States without inspection in 2014, was later arrested by Immigration and Customs Enforcement ("ICE") on December 12, 2025, and is detained at Delaney Hall in Newark, New Jersey. (*Id.* at ¶¶ 1-2, 12.)

Respondents filed a letter response, stipulating to the relevant facts alleged in the Petition and acknowledging that they rely on the same statutory interpretation set forth in *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025) (*see* ECF No. 4), which was rejected by this Court in *Mejia v. Cabezas*, No. 25-CV-17094, 2025 WL 3294405, at *2 (D.N.J. Nov. 14, 2025).

Therefore, for the same reasons stated in *Mejia*, the Court **GRANTS** the Petition and directs Respondents to provide Petitioner with a bond hearing within 7 days.

**IT IS** on this 22 day of January 2026,

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241

(ECF No. 1) is **GRANTED**; and it is further

**ORDERED** that Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d) within seven (7) days; and it is further

**ORDERED** that within three (3) days of the bond hearing, Respondents shall file a letter advising the Court of the outcome of that bond hearing; upon receiving that update, the Court will close this matter.

                                                ROBERT KIRSCH
                                                United States District Judge